IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20CV624-MOC-DSC

| | |
|---|---|
| TAMIKA HOGAN-SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMPASS GROUP USA INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Defendant's … Motion to Compel" (document # 11) and the parties' associated briefs and exhibits.

In its Motion, Defendant seeks compel Plaintiff's Rule 26(a) Initial Disclosures and responses to its First Set of Interrogatories and Requests for Production of Documents. In her Response, Plaintiff states that she responded to Defendant's discovery requests and intended to serve her Initial Disclosures that same day. In its Reply, Defendant acknowledges receipt of Plaintiff's Initial Disclosures but identifies multiple deficiencies in her discovery responses. For those reasons, the Motion will be granted.

Dismissal and the imposition of monetary sanctions are remedies available under Rule 37 for a party's failure to obey rules governing discovery and orders of the District Court. See Fed. R. Civ. P. 37(b)(2)(C); National Hockey League v. Metro. Hockey Club, 427 U.S. 639, 643 (1976); Mutual Fed. Sav. & Loan v. Richards & Assocs., 872 F.2d 88, 92 (4th Cir. 1989); Wilson v. Volkswagen of America, Inc., 561 F.2d 494, 504-04 (4th Cir. 1977).

Accordingly, the Court warns Plaintiff that failure to provide full and complete responses to these discovery requests, respond to any other of Defendant's reasonable discovery requests, or otherwise comply fully with any of the Court's orders, the Local Rules, or the Rules of Civil Procedure may result in the imposition of sanctions. **Sanctions may include Plaintiff being ordered to pay Defendant's costs including reasonable attorney's fees in their entirety and may also include dismissal of the Complaint with prejudice.**

**IT IS HEREBY ORDERED** that:

1. "Defendant's … Motion to Compel" (document # 11) is **GRANTED**. <u>Within fifteen days from the date of this Order, Plaintiff shall serve complete supplemental responses to Defendant's First Set of Interrogatories and Requests for Production of Documents</u>. If Plaintiff contends that she has fully responded to a particular discovery request, she shall so state in a verified discovery response.

2. The parties shall bear their own costs <u>at this time.</u>

3. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 30, 2021

David S. Cayer
United States Magistrate Judge